Michael Machat, Esq. SB#109475
MACHAT & ASSOCIATES, P.C.
8730 W. Sunset Blvd., Suite 250
West Hollywood, California 90069
Telephone: (310) 860-1833
Email:  michael@machatlaw.com

David A. Randall (SBN 156722)
dave@hdmnlaw.com
Ehab Samuel (SBN 228296)
esamuel@hdmnlaw.com
HACKLER DAGHIGHIAN MARTINO & NOVAK P.C.
10900 Wilshire Blvd., Suite 300
Los Angeles, CA 90024
Tel.: (310) 887-1333
Fax: (310) 887-1334

Attorneys for Plaintiff
Vampire Family Brands, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAMPIRE FAMILY BRANDS, LLC, | CASE:..2:20-cv-08223-ODW-PVC |
| Plaintiff, | Related Case: 2:06-cv-07793-VBF-JWJ |
| vs. | **NOTICE OF RELATED CASES** |
| S.C. CRAMELE RECAS, S.A., TRI-VIN IMPORTS, INC and DOES 1 – 20, | **[Local Rule 83-1.3.1]** |
| Defendants. | **DEMAND FOR JURY TRIAL** |

Pursuant to Central District Local Rule 83-1.3.1, Plaintiff Vampire Family Brands, LLC hereby notifies this Court that this newly filed action is related to a previously filed action entitled, *TI Beverage Group, LTD v S.C. Cramele Recas S.A. et al* in Case No. CV-06-7793 VBF which concerns the same plaintiff's predecessors in interest, TI Beverage Group, Ltd and Michael Machat and one of the same defendants, namely S.C. Cramele Recas ("Cramele Recas") in addition to the same Vampire family of trademarks.

In the *TI Beverage Group* action, the plaintiff's predecessor in interest filed suit for trademark infringement against Cramele Recas for trademark infringement of its Vampire family of marks. That case settled and the parties entered into a stipulated judgment which is attached to the Complaint as Exhibit 1 and here too as Exhibit 1.

About seven years after the Stipulated Judgment, Cramele Recas breached the settlement agreement and this Court on January 17, 2015, granted a default judgment against Cramele Recas, attached hereto as Exhibit 2.

Now Cramele Recas has breached the settlement agreement again - on a much bigger scale than before, this time involving co-defendant Tri-Vin Imports, Inc.

In the prior case, this Court had to determine that it had jurisdiction over Cramele Recas by virtue of the Stipulated Judgment. That exact same issue may present itself to this Court which would involve a duplication of judicial effort. Also, in rendering default judgment, this Court had to examine the evidence and find likelihood of confusion and access damages. The underlying issues of trademark infringement are similar although the facts surrounding infringement this time differ from the time before.

The issues are similar, two of the parties are essentially the same and the family of trademarks are the same. The category of goods infringed are the same as well.

Respectfully submitted,

Dated: September 9, 2020

By: *Michael Machat*

Michael Machat, Esq. (SBN 109475)
michael@machatlaw.com
**MACHAT & ASSOCIATES, P.C.**
8730 W. Sunset Blvd., Suite 250
West Hollywood, California 90069
Tel.: (310) 860-1833

David A. Randall (SBN 156722)
dave@hdmnlaw.com
Ehab Samuel (SBN 228296)
esamuel@hdmnlaw.com
**HACKLER DAGHIGHIAN MARTINO & NOVAK P.C.**
10900 Wilshire Blvd., Suite 300
Los Angeles, CA 90024
Tel.: (310) 887-1333
Fax: (310) 887-1334

Attorneys for Plaintiff
Vampire Family Brands, LLC