| | |
|---|---|
| 1 | CRAIG J. MARIAM  (SBN: 225280) |
| 2 | cmariam@grsm.com<br>DINESH JOSHI  (SBN: 303275) |
| 3 | djoshi@grsm.com<br>GORDON REES SCULLY MANSUKHANI, LLP |
| 4 | 633 West Fifth Street, 52nd Floor<br>Los Angeles, CA 90071 |
| 5 | Telephone:  (213) 576-5000<br>Facsimile:  (877) 306-0043 |
| 6 | Attorneys for Defendant |
| 7 | TRI-VIN IMPORTS, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAMPIRE FAMILY BRANDS, LLC | Case No. 2:20-cv-08223-VBF-PVC |
| Plaintiff, | **NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION OR, ALTERNATIVELY, FOR FAILURE TO STATE A CLAIM** |
| vs. | |
| S.C. CRAMELE RECAS, S.A., TRI-VIN IMPORTS, INC. and DOES 1 - 20 | |
| Defendants. | Filed Concurrently Herewith: |
| | 1. Memorandum of Points and Authorities in Support Thereof<br>2. Declaration of Marc Oliveira<br>3. Request for Judicial Notice<br>4. [Proposed] Order |
| | Complaint Filed: September 8, 2020 |

**TO THE COURT, TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on a date determined by the court when this matter may be heard before the Honorable Valerie B. Fairbank of the above-entitled court located at 350 West First Street, Los Angeles, CA 90012, defendant Tri-Vin Imports, Inc. ("Tri-Vin"), by and through its counsel, will and hereby does respectfully move this Honorable Court pursuant to Federal Rules of Civil

-1-
NOTICE OF MOTION AND MOTION TO DISMISS

Procedure 12(b)(2) and 12(b)(6), for an order dismissing plaintiff Vampire Family Brands, LLC's ("VFB") Complaint for Damages for lack of personal jurisdiction or, alternatively, for failure to state a claim.

This motion is based upon this notice and motion, Defendant Tri-Vin's brief in support thereof, all other papers submitted and filed with this notice and in reply; the pleadings and papers on file in this action; all matters judicially noticeable; and, on such further documentary evidence and oral argument as this Court may allow at the hearing.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on January 15, 2021, via written correspondence and continued on January 19, 2021, telephonically.

Respectfully submitted,

Dated:   January 25, 2021

GORDON REES SCULLY MANSUKHANI, LLP

/s/ Craig J. Mariam

By: _____
Craig J. Mariam
Dinesh Joshi
Attorneys for Defendant
TRI-VIN IMPORTS, INC.

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

1225042/56112331v.1