# EXHIBIT C

# EXHIBIT C

| CustomerCode | Customer Name | DBA | Product Code | Product Name | Units | Total Sales |
|---|---|---|---|---|---|---|
| CA-0016 | BRACUS IMPORTS LLC | BRACUS IMPORTS LLC | PR8251 | 750 ML BLOODY TRANS MERLOT 19 | 391.00 | 12,512.00 |
| **CA-0016 Total** | | | | | **391.00** | **12,512.00** |
| **Grand Total** | | | | | 391 | 12512 |

| Date 1/15/2021 | Time 13:04:04 | Orderentry6 | **Product Sales Report for Tri-Vin Imports Inc. \*\*LIVE\*\*** | Page 1 of 1 |

Report Options -- Date Range: 01/01/20 - 12/31/20, Detail: None, Sales representatives: All, Sales Location: All, Customers: All, Include Cost of Products Returned and Not Restocked: No, Include Sales Total: No

**Sales Representative:** ALL  **Name:** ALL
**Customer Name:** ALL  **Type:** ALL

| **Qty Shipped** |
|---|
| **1833874.34** |

Apprise Software, Inc. 7.5.0420.