UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAMPIRE FAMILY BRANDS, LLC<br><br>    Plaintiff,<br><br>   vs.<br><br>S.C. CRAMELE RECAS, S.A., TRI-VIN IMPORTS, INC. and DOES 1 - 20<br><br>    Defendants. | Case No. 2:20-cv-08223-VBF-PVC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION OR, ALTERNATIVELY, FOR FAILURE TO STATE A CLAIM** |

## [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant Tri-Vin Imports, Inc. moved to dismiss Plaintiff Vampire Family Brands, LLC's Complaint under Federal Rules of Civil Procedure 8(a)(2), 12(b)(2) and 12(b)(6). The Court has reviewed the moving, opposition and reply papers and considered all arguments raised at the hearing on the Motion, and holds that the Court lacks personal jurisdiction and the Complaint fails to state a claim for tortious interference with contractual relations (Count III), trademark infringement and related trademark violations (Counts IV & V), and unfair competition (Counts

1  VI & VII). After considering the submissions and arguments, the Court hereby
2  GRANTS Defendant's motion and DISMISSES the complaint with prejudice.
3  **SO ORDERED.**
4
5  Dated: _____                    _____
6                                              Honorable Valerie B. Fairbank
                                                United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1225042/55884381v.1

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS