1  CRAIG J. MARIAM  (SBN:  225280)
   cmariam@grsm.com
2  DINESH JOSHI  (SBN:  303275)
   djoshi@grsm.com
3  GORDON REES SCULLY MANSUKHANI, LLP
   633 West Fifth Street, 52nd Floor
4  Los Angeles, CA 90071
   Telephone:  (213) 576-5000
5  Facsimile:  (877) 306-0043

6  Attorneys for Defendant
   TRI-VIN IMPORTS, INC.
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 VAMPIRE FAMILY BRANDS, LLC         Case No. 2:20-cv-08223-VBF-PVC

12              Plaintiff,            **DEFENDANT TRI-VIN
                                      IMPORTS, INC.'S REQUEST
13     vs.                           FOR JUDICIAL NOTICE IN
                                      SUPPORT OF MOTION TO
14 S.C. CRAMELE RECAS, S.A., TRI-    DISMISS FOR LACK OF
   VIN IMPORTS, INC. and DOES 1 - 20 PERSONAL JURISDICTION
15                                    OR, ALTERNATIVELY, FOR
              Defendants.            FAILURE TO STATE A CLAIM**
16

17

18    **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S**

19        **MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

20        Pursuant to Federal Rule of Evidence 201, defendant Tri-Vin Imports, Inc.

21 ("Tri-Vin") respectfully requests this Honorable Court take judicial notice of the

22 following facts and supporting material in support of Tri-Vin's Motion to Dismiss

23 plaintiff Vampire Family Brands, LLC ("Plaintiff").

24        **LEGAL STANDARD FOR JUDICIAL NOTICE**

25        The standard for judicial notice is set forth in Rule 201 of the Federal Rules

26 of Evidence, which allows a court to take judicial notice of an adjudicative fact not

27 subject to "reasonable dispute," either because it is "generally known within the

28 territorial jurisdiction of the trial court" or it is "capable of accurate and ready

*Gordon Rees Scully Mansukhani, LLP*
*633 West Fifth Street, 52nd Floor*
*Los Angeles, CA 90071*

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

1    determination by resort to sources whose accuracy cannot reasonably be

2    questioned." (Fed. R. Evid. 201.)

3         Defendant Tri-Vin seeks to have the Court judicially notice of documents

4    from the United States Patent and Trademark Office ("USPTO"). The documents

5    from the USPTO are documents that are publicly available from the USPTO's

6    Trademark Status & Document Retrieval website are related to Plaintiff's alleged

7    rights arising out of its asserted family of "Vampire" trademarks.

8         The foregoing documents are not subject to reasonable dispute. The exhibits

9    are capable of accurate and ready determination. Courts can, and regularly do, take

10   judicial notice of information "made publicly available by government entities" on

11   their websites. *See Daniels-Hall v. Nat'l Educ. Ass'n*, 629 F.3d 922, 998 (9th Cir.

12   2010) (explaining that [i]t is appropriate to take judicial notice of...information...

13   made publicly available by government agencies....") "[T]he Court may take

14   judicial notice of records from the USPTO..." *Gibson Brands, Inc. v. John Hornby

15   Skewes & Co.*, No. CV 14-00609 DDP (SSx), 2014 U.S. Dist. LEXIS 169608, at

16   *5 (C.D. Cal. Dec. 8, 2014) (*citing Lee v. City of Los Angeles*, 250 F.3d at 688-89)

17   (applied to a motion to dismiss); *see, e.g.*, *Eakin Enters. V. Specialty Sales LLC*,

18   No. 11-CV-02008-LJO-SKO, 2012 U.S. Dist. LEXIS 88385, at *10-11 (E.D. Cal.

19   June 25, 2012 (granting request to take judicial notice of USPTO filings because

20   "judicial notice of matters of public record, including administrative records and

21   procedures" is appropriate pursuant to Federal Rule of Evidence 201). This Court

22   may take judicial notice of "matters of public record." *Mack v. S. Bay Beer

23   Distrib.*, 798 F.2d 1279, 1282 (9th Cir. 1986) (on a motion to dismiss, a court may

24   properly look beyond the complaint to matters of public records and doing so does

25   not convert the motion to one for summary judgment).

26        Here, Plaintiff brings claims arising out of its alleged marks and rights, if

27   any, concerning the term "blood" and "bloody" for alcoholic beverages—namely,

28   wine.  However, the cited evidence in Requests 1 through 14 below show extensive

-2-
REQUEST FOR JUDICIAL NOTICE

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

1 third-party use of the term "blood" and/or "bloody" for alcoholic beverages—

2 including wine—as referenced and incorporated in registered trademarks over the

3 last thirty years.

4 **REQUESTS FOR JUDICIAL NOTICE**

5 **Request No. 1:** That the USPTO issued Trademark Registration Number

6 6063993, dated May 26, 2020, for "It's In The Blood" in

7 International Class 33 for "Distilled spirits; Wine." (available at:

8 https://tsdr.uspto.gov/documentviewer?caseId=sn88673275&doc

9 Id=ORC20200510034043#docIndex=0&page=1.) (last visited

10 January 25, 2021).  A copy of this registration is attached hereto

11 as Exhibit 1.

12 **Request No. 2:** That the USPTO issued Trademark Registration Number

13 5650886, dated January 8, 2019, for "Blood Orange" in

14 International Class 33 for "Wine." (available at:

15 https://tsdr.uspto.gov/documentviewer?caseId=sn87673626&doc

16 Id=ORC20181223034321#docIndex=0&page=1.) (last visited

17 January 25, 2021.) A copy of this registration is attached hereto

18 as Exhibit 2.

19 **Request No. 3:** That the USPTO issued Trademark Registration Number

20 4533592, dated May 20, 2014, for "Tigers Blood" in

21 International Class 33 for "Wines." (available at:

22 https://tsdr.uspto.gov/documentviewer?caseId=sn86088959&doc

23 Id=ORC20140520010253#docIndex=5&page=1.) (last visited

24 January 25, 2021.) A copy of this registration is attached hereto

25 as Exhibit 3.

26 ///

27 ///

28 ///

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

1  **Request No. 4:**  That the USPTO issued Trademark Registration Number

2  5157574, dated March 7, 2017, for "Blood of Christ" in

3  International Class 33 for "Alcoholic beverages, namely, wine."

4  (available at:

5  https://tsdr.uspto.gov/documentviewer?caseId=sn86874965&doc

6  Id=ORC20170221124927#docIndex=4&page=1.) (last visited

7  January 25, 2021.) A copy of this registration is attached hereto

8  as Exhibit 4.

9  **Request No. 5:**   That the USPTO issued Trademark Registration Number

10  4946460, dated April 26, 2016, for "Bloodlines" in International

11  Class 33 for "Wines." (available at:

12  https://tsdr.uspto.gov/documentviewer?caseId=sn85699628&doc

13  Id=ORC20160426002352#docIndex=1&page=1.) (last visited

14  January 25, 2021.) A copy of this registration is attached hereto

15  as Exhibit 5.

16  **Request No. 6:**  That the USPTO issued Trademark Registration Number

17  4594003, dated August 26, 2014, for "Warblood" in International

18  Class 33 for "Wines." (available at:

19  https://tsdr.uspto.gov/documentviewer?caseId=sn85947983&doc

20  Id=ORC20140826003803#docIndex=1&page=1.) (last visited

21  January 25, 2021.) A copy of this registration is attached hereto

22  as Exhibit 6.

23  **Request No. 7:**  That the USPTO issued Trademark Registration Number

24  3927975, dated March 8, 2011, for "Bloodstone" in International

25  Class 33 for "Wine." (available at:

26  https://tsdr.uspto.gov/documentviewer?caseId=sn79084557&doc

27  Id=ORC20110308015842#docIndex=12&page=1.) (last visited

28  January 25, 2021.) A copy of this registration is attached hereto

REQUEST FOR JUDICIAL NOTICE

1        as Exhibit 7.

2   **Request No. 8:**   That the USPTO issued Trademark Registration Number

3        6115555, dated August 4, 2020, for "Newblood" in International

4        Class 32 for "Non-alcoholic beverages, namely carbonated

5        beverages, non-alcoholic fruit juice beverages, non-alcoholic

6        water-based beverages, non-alcoholic beverages flavoured with

7        tea; Non-alcoholic beverages, namely mineral and aerated

8        waters; Non-alcoholic malt-beverages; non-alcoholic wine."

9        (available at:

10        https://tsdr.uspto.gov/documentviewer?caseId=sn79272954&doc

11        Id=ORC20200723171632#docIndex=2&page=1.) (last visited

12        January 25, 2021.) A copy of this registration is attached hereto

13        as Exhibit 8.

14   **Request No. 9:**   That the USPTO issued Trademark Registration Number

15        5220425, dated June 13, 2017, for "Black Blood" in International

16        Class 33 for "Wine." (available at:

17        https://tsdr.uspto.gov/documentviewer?caseId=sn79193699&doc

18        Id=ORC20170528104821#docIndex=2&page=1.) (last visited

19        January 25, 2021.) A copy of this registration is attached hereto

20        as Exhibit 9.

21   **Request No. 10:**   That the USPTO issued Trademark Registration Number

22        3110521, dated June 27, 2006, for "Pomorie Bear Blood" in

23        International Class 33 for "Wine." (available at:

24        https://tsdr.uspto.gov/documentviewer?caseId=sn78550580&doc

25        Id=ORC20060627063208#docIndex=10&page=1.) (last visited

26        January 25, 2021.) A copy of this registration is attached hereto

27        as Exhibit 10.

28   **Request No. 11:**   That the USPTO issued Trademark Registration Number

*Gordon Rees Scully Mansukhani, LLP*
*633 West Fifth Street, 52nd Floor*
*Los Angeles, CA 90071*

REQUEST FOR JUDICIAL NOTICE

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

1    3940014, dated April 5, 2011, for "Blood Orange Mimosa
2    Canella" in International Class 33 for "Wines." (available at:
3    https://tsdr.uspto.gov/documentviewer?caseId=sn79082813&doc
4    Id=ORC20110405011113#docIndex=11&page=1.) (last visited
5    January 25, 2021.) A copy of this registration is attached hereto
6    as Exhibit 11.

7    **Request No. 12:** That the USPTO issued Trademark Registration Number
8    4449146, dated December 10, 2013, for "Haunted Blood Red
9    Wine" in International Class 33 for "Wine." (available at:
10   https://tsdr.uspto.gov/documentviewer?caseId=sn85860054&doc
11   Id=ORC20131210005037#docIndex=1&page=1.) (last visited
12   January 25, 2021.) A copy of this registration is attached hereto
13   as Exhibit 12.

14   **Request No. 13:** That the USPTO issued Trademark Registration Number
15   6206278, dated November 24, 2020, for "Bloodroot" in
16   International Class 33 for "Alcoholic beverages except beer;
17   Wine." (available at:
18   https://tsdr.uspto.gov/documentviewer?caseId=sn88160829&doc
19   Id=ORC20201108033140#docIndex=0&page=1.) (last visited
20   January 25, 2021.) A copy of this registration is attached hereto
21   as Exhibit 13.

22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28   ///

-6-
REQUEST FOR JUDICIAL NOTICE

1   **Request No. 14:** That the USPTO issued Trademark Registration Number
2                    4200326, dated August 28, 2012, for "Bloody Point" in
3                    International Class 33 for "Wines." (available at:
4                    https://tsdr.uspto.gov/documentviewer?caseId=sn85528279&doc
5                    Id=ORC20120828010826#docIndex=5&page=1.) (last visited
6                    January 25, 2021.) A copy of this registration is attached hereto
7                    as Exhibit 14.

8

9                                        Respectfully submitted,

10  Dated:   January 25, 2021            GORDON REES SCULLY
                                         MANSUKHANI, LLP
11

12                                             /s/ Craig J. Mariam
                                         By: _____
13                                             Craig Mariam
                                               Dinesh Joshi
14                                             Attorneys for Defendant
                                               TRI-VIN IMPORTS, INC.
15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

1225042/56046846v.1

REQUEST FOR JUDICIAL NOTICE