HANSON BRIDGETT LLP
RAFFI ZEROUNIAN, SBN 236388
rzerounian@hansonbridgett.com
JUSTIN P. THIELE, SBN 311787
Jthiele@hansonbridgett.com
777 S. Figueroa Street, Suite 4200
Los Angeles, California 90017
Telephone: (213) 395-7620
Facsimile:  (213) 395-7615

Attorneys for Defendant S.C. Cramele Recas, S.A.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VAMPIRE FAMILY BRANDS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>S.C. CRAMELE RECAS, S.A., TRI-VIN IMPORTS, INC., and DOES 1-12,<br><br>Defendants. | Case No. 2:20-cv-8223<br><br>**Stipulation to Extend Time to Respond to Initial Complaint By Not More Than 30 Days (L.R. 8-3)**<br><br>Judge: Hon. Valerie Fairbank<br><br>Complaint served: Nov. 18, 2020<br>Current response date: Feb. 9, 2021<br>New response date: Feb. 19, 2021 |

Pursuant to Local Rule 8-3, Plaintiff Vampire Family Brands, LLC ("Vampire") and Defendant S.C. Cramele Recas, S.A. ("Cramele Recas") jointly stipulate to extend Defendant's time to respond to Plaintiff's initial Complaint (Dkt. No. 1) by 10 days, to February 19, 2021. The current response date for Cramele Recas to respond to the initial Complaint is February 9, 2021. This Stipulation is the parties' first stipulation for extension of time to respond to the initial Complaint. This stipulation, together with any prior stipulations, will not extend Cramele Recas's time to respond to the initial Complaint by more than 30 cumulative days.

| | | |
|---|---|---|
| DATED: February 8, 2021 | | Respectfully submitted, |
| | | HANSON BRIDGETT LLP |
| | By: | /s/ Raffi Zerounian |
| | | RAFFI ZEROUNIAN |
| | | JUSTIN P. THIELE |
| | | Attorneys for Defendant S.C. Cramele Recas, S.A. |
| DATED: February 8, 2021 | | Respectfully submitted, |
| | By: | /s/ David A. Randall |
| | | Michael Machat, Esq. (SBN 109475) |
| | | michael@machatlaw.com |
| | | MACHAT & ASSOCIATES, P.C. |
| | | 8730 W. Sunset Blvd., Suite 250 |
| | | West Hollywood, California 90069 |
| | | Tel.: (310) 860-1833 |
| | | |
| | | David A. Randall (SBN 156722) |
| | | dave@hdmnlaw.com |
| | | Ehab Samuel (SBN 228296) |
| | | esamuel@hdmnlaw.com |
| | | HACKLER DAGHIGHIAN MARTINO & NOVAK P.C. |
| | | 10900 Wilshire Blvd., Suite 300 |
| | | Los Angeles, CA 90024 |
| | | Tel.: (310) 887-1333 |
| | | Fax: (310) 887-1334 |
| | | |
| | | Attorneys for Plaintiff Vampire Family Brands, LLC |

1  Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories
2  listed, and on whose behalf the filing is submitted, concur in the filing of this
3  stipulation and have authorized the filing of this stipulation.

DATED: February 8, 2021   Respectfully submitted,

HANSON BRIDGETT LLP

By:   /s/ Raffi Zerounian
RAFFI ZEROUNIAN
JUSTIN P. THIELE
Attorneys for Defendant S.C.
Cramele Recas, S.A.