HANSON BRIDGETT LLP
RAFFI ZEROUNIAN, SBN 236388
rzerounian@hansonbridgett.com
JUSTIN P. THIELE, SBN 311787
Jthiele@hansonbridgett.com
777 S. Figueroa Street, Suite 4200
Los Angeles, California 90017
Telephone: (213) 395-7620
Facsimile:  (213) 395-7615

Attorneys for Defendant S.C. Cramele Recas, S.A.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VAMPIRE FAMILY BRANDS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>S.C. CRAMELE RECAS, S.A., TRI-VIN IMPORTS, INC. BRACUS IMPORTS, LLC, and DOES 1–20,<br><br>Defendants. | Case No. 2:20-cv-8223<br><br>**Stipulation to Extend Time to Respond to First Amended Complaint And Motions to Dismiss**<br><br>Judge: Hon. Valerie Fairbank<br><br>First Amended Complaint served: Feb. 15, 2021<br>Current response date: Mar. 1, 2021<br>New response date: Mar. 10, 2021 |

Pursuant to Local Rule 7-1, Plaintiff Vampire Family Brands, LLC ("Vampire") and Defendants S.C. Cramele Recas, S.A. ("Cramele Recas"), Tri-Vin Imports, Inc. ("Tri-Vin"), and Bracus Imports, LLC ("Bracus") jointly agree and stipulate as follows:

Vampire filed its First Amended Complaint against Cramele Recas and a newly-named defendant, Bracus, on February 15, 2021.

Under Fed. R. Civ. P. 15(a)(3), Cramele Recas's current deadline to respond to Vampire's First Amended Complaint is March 1, 2021.

Vampire and Tri-Vin stipulated, on February 24, 2021, to extend Tri-Vin's deadline to respond to the First Amended Complaint to March 10,

2021.

The parties have met and conferred regarding Cramele Recas's contemplated motion to dismiss the First Amended Complaint, as well as the parallel stipulation entered into by Vampire and Tri-Vin, and have agreed to extension of Cramele Recas's deadline to respond to the First Amended Complaint to coincide with both Tri-Vin's and Bracus's March 10, 2021 deadline to respond to the First Amended Complaint.

The parties have additionally met and conferred regarding Vampire's deadline to respond to the Defendants' individual contemplated motions to dismiss, and have agreed that Vampire's time to oppose any such motions be extended to three weeks from the date of filing of any motion to dismiss the First Amended Complaint.

Therefore, the parties hereby stipulate and jointly move for 1) an extension of Cramele Recas's deadline to respond to Vampire's First Amended Complaint to March 10, 2021; and 2) an extension of Vampire's deadline to oppose any motion to dismiss the First Amended Complaint to three weeks from the date of filing of any such motion by any of the Defendants.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | DATED:  February 26, 2021 | Respectfully submitted, |
| 2 | | HANSON BRIDGETT LLP |
| 3 | | |
| 4 | | |
| 5 | | By: _____/s/ Justin Thiele_____ |
| 6 | | RAFFI ZEROUNIAN<br>JUSTIN P. THIELE |
| 7 | | Attorneys for Defendant S.C. |
| 8 | | Cramele Recas, S.A. |
| 9 | DATED:  February 26, 2021 | Respectfully submitted, |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | By: _____/s/ David A. Randall_____<br>Michael Machat, Esq. (SBN 109475) |
| 14 | | michael@machatlaw.com |
| 15 | | MACHAT & ASSOCIATES, P.C. |
| 16 | | 8730 W. Sunset Blvd., Suite 250<br>West Hollywood, California 90069 |
| 17 | | Tel.: (310) 860-1833 |
| 18 | | |
| 19 | | David A. Randall (SBN 156722)<br>dave@hdmnlaw.com |
| 20 | | Ehab Samuel (SBN 228296) |
| 21 | | esamuel@hdmnlaw.com<br>HACKLER DAGHIGHIAN |
| 22 | | MARTINO & NOVAK P.C. |
| 23 | | 10900 Wilshire Blvd., Suite 300<br>Los Angeles, CA 90024 |
| 24 | | Tel.: (310) 887-1333<br>Fax: (310) 887-1334 |
| 25 | | |
| 26 | | Attorneys for Plaintiff |
| 27 | | Vampire Family Brands, LLC |
| 28 | | |

| | | |
|---|---|---|
| 1 | DATED: February 26, 2021 | Respectfully submitted, |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | By: /s/ Dinesh Joshi |
| 6 | | Craig Mariam (SBN: 225280) |
| | | cmariam@grsm.com |
| 7 | | Dinesh Joshi (SBN: 303275) |
| 8 | | djoshi@grsm.com |
| | | GORDON REES SCULLY |
| 9 | | MANSUKHANI, LLP |
| 10 | | 633 West Fifth Street, 52nd Floor |
| | | Los Angeles, CA 90071 |
| 11 | | Telephone: (213) 576-5000 |
| 12 | | Facsimile: (877) 306-0043 |
| 13 | | Attorneys for Defendant |
| 14 | | Tri-Vin Imports, Inc. |
| 15 | DATED: February 26, 2021 | Respectfully submitted, |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | By: /s/ Dinesh Joshi |
| 20 | | Craig Mariam (SBN: 225280) |
| | | cmariam@grsm.com |
| 21 | | Dinesh Joshi (SBN: 303275) |
| 22 | | djoshi@grsm.com |
| | | GORDON REES SCULLY |
| 23 | | MANSUKHANI, LLP |
| 24 | | 633 West Fifth Street, 52nd Floor |
| | | Los Angeles, CA 90071 |
| 25 | | Telephone: (213) 576-5000 |
| 26 | | Facsimile: (877) 306-0043 |
| 27 | | Attorneys for Defendant |
| 28 | | Bracus Imports, LLC |

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing of this stipulation and have authorized the filing of this stipulation.

DATED: February 26, 2021　　　　　　　Respectfully submitted,

HANSON BRIDGETT LLP

By: ___/s/ Justin Thiele___
RAFFI ZEROUNIAN
JUSTIN P. THIELE
Attorneys for Defendant S.C. Cramele Recas, S.A.