UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

## CIVIL MINUTES -- GENERAL

Case No.:   LA CV 20-08223-VBF-PVCx          Dated: March 3, 2021

Title:   ***Vampire Family Brands LLC, Plaintiff v. SC Cramele Recas SA, Tri-Vin Imports Inc., Bracus Imports LLC, & Does 1-20, Defendants***

PRESENT:  HON. VALERIE BAKER FAIRBANK, U.S. DISTRICT JUDGE

| | |
|---|---|
| Patricia Gomez | N/A |
| Courtroom Deputy | Court Reporter |
| Attorney Present for Plaintiff:  N/A | Attorney for Defendant:  n/a |

**Proceedings (in chambers):**      **ORDER   Denying Documents 23 & 24 as Moot**

This is an action for federal trademark infringement, with pendent state-law claims for breach of contract, breach of the covenant of good faith and fair dealing, tortious interference with contractual relations, tarnishment, and unfair competition. Plaintiff Vampire Family Brands LLC ("Vampire") filed the complaint on September 8, 2020, *see* CM/ECF Document ("Doc") 1.  The case was originally randomly assigned to District Judge Otis Wright, but on September 11, 2020 the Clerk of Court issued an Order (Doc 16) reassigning the case to the undersigned District Judge because it is related to case number LA CV 2006-07793-VBF-JWJ.

With a stipulated extension of time (Doc 22), defendant Tri-Vin Imports, Inc.

("Tri-Vin") filed a motion to dismiss the complaint (Doc 23) and a Request for Judicial Notice (Doc 24) on January 25, 2021.

On February 8, 2021, the parties filed a document (Doc 26) stipulating to an extension of time for defendant S.C. Cramele Recas SA ("Recas") to respond to the complaint. On February 15, 2021, before Recas filed any response to the complaint, Vampire filed the First Amended Complaint ("FAC") (Doc 27).

On February 19, 2021, plaintiff Vampire filed proof that it had served defendant Bracus LLC ("Bracus") with the FAC on February 17, 2021, making Bracus's response to the FAC due on Saturday, March 10, 2021.

By operation of law, Vampire's filing of the FAC rendered the original complaint a nullity, and the FAC superseded and replaced the original complaint. When a pleading is amended, motions directed at the prior, superseded version of that pleading are properly dismissed as moot.

### ORDER

Tri-Vin's motion to dismiss the complaint **[Doc #23] is DENIED as moot**.

Tri-Vin's Request for Judicial Notice **[Doc #24] is DENIED as moot**.

The First Amended Complaint is the operative pleading.

IT IS SO ORDERED.

*Valerie Baker Fairbank*
_____
VALERIE BAKER FAIRBANK
Senior United States District Judge