1  CRAIG J. MARIAM  (SBN:  225280)
   cmariam@grsm.com
2  DINESH JOSHI  (SBN:  303275)
   djoshi@grsm.com
3  GORDON REES SCULLY MANSUKHANI, LLP
   633 West Fifth Street, 52nd Floor
4  Los Angeles, CA 90071
   Telephone:  (213) 576-5000
5  Facsimile:  (877) 306-0043

6  Attorneys for Defendants
   TRI-VIN IMPORTS, INC.
7  and BRACUS IMPORTS LLC

8

9              UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11

12 VAMPIRE FAMILY BRANDS, LLC          Case No. 2:20-cv-08223-VBF-PVC
                                       *Honorable Valerie B. Fairbank*
13                    Plaintiff,
                                       **NOTICE OF MOTION AND
14      vs.                            MOTION TO DISMISS FOR
                                       FAILURE TO STATE A CLAIM
15 S.C. CRAMELE RECAS, S.A., TRI-      OR, ALTERNATIVELY, FOR
   VIN IMPORTS, INC., BRACUS           FAILURE TO JOIN AN
16 IMPORTS LLC and DOES 1 - 20         INDISPENSABLE PARTY
                                       [FED. R. CIV. P. 12(b)(6)-(7), 19]**
17                    Defendants.
                                       Filed Concurrently Herewith:
18
                                       1. Memorandum of Points and
19                                     Authorities in Support Thereof
                                       2. Request for Judicial Notice
20                                     3. [Proposed] Order

21                                     First Amended Complaint Filed:
                                       February 15, 2021
22

23

24      **TO THE COURT, TO ALL PARTIES AND TO THEIR ATTORNEYS**

25 **OF RECORD:**

26      **PLEASE TAKE NOTICE** that on a date determined by the court when this

27 matter may be heard before the Honorable Valerie B. Fairbank of the above-

28 entitled court located at 350 West First Street, Los Angeles, CA 90012, Defendants

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

1  Tri-Vin Imports, Inc. ("Tri-Vin") and Bracus Imports LLC ("Bracus") (collectively
2  "Defendants"), by and through their counsel, will and hereby do respectfully move
3  this Honorable Court pursuant to Federal Rules of Civil Procedure 12(b)(6) and
4  12(b)(7), for an order dismissing Plaintiff Vampire Family Brands, LLC's ("VFB")
5  First Amended Complaint for Damages for failure to state a claim or, alternatively,
6  for failure to join an indispensable party under Rule 19.

7      This motion is based upon this notice of motion, and motion, Defendants'
8  brief in support thereof, all other papers submitted and filed with this notice and in
9  reply, the pleadings and papers on file in this action, all matters judicially
10 noticeable and, on such further documentary evidence and oral argument as this
11 Court may allow at the hearing.

12     This motion is made following the conference of counsel pursuant to L.R. 7-
13 3, which took place on February 22, 2021, via written correspondence and
14 continued on February 23, 2021, telephonically.

15                                 Respectfully submitted,

16 Dated:   March 10, 2021           GORDON REES SCULLY
                                    MANSUKHANI, LLP
17
18                                      /s/ Craig J. Mariam
19                                 By: _____
                                       Craig J. Mariam
20                                     Dinesh Joshi
                                       Attorneys for Defendants
21                                     TRI-VIN IMPORTS, INC.
                                       and BRACUS IMPORTS LLC

Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

1225042/56980055v.1

-2-
NOTICE OF MOTION AND MOTION TO DISMISS