Michael Machat, Esq. SB#109475
MACHAT & ASSOCIATES, P.C.
8730 W. Sunset Blvd., Suite 250
West Hollywood, California 90069
Telephone: (310) 860-1833
Email:  michael@machatlaw.com

David A. Randall (SBN 156722)
dave@hdmnlaw.com
Ehab Samuel (SBN 228296)
esamuel@hdmnlaw.com
HACKLER DAGHIGHIAN MARTINO & NOVAK P.C.
10900 Wilshire Blvd., Suite 300
Los Angeles, CA 90024
Tel.: (310) 887-1333
Fax: (310) 887-1334

Attorneys for Plaintiff
Vampire Family Brands, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| VAMPIRE FAMILY BRANDS, LLC, | CASE NO. 2:20-cv-08223-VBF-PVC |
| Plaintiff, | Related Case:  2:06-cv-07793-VBF-JWJ |
| vs. | **PLAINTIFF'S  NOTICE OF APPEAL** |
| S.C. CRAMELE RECAS, S.A., TRI-VIN IMPORTS, INC, BRACUS IMPORTS LLC and DOES 1 – 20, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that Plaintiff Vampire Family Brands, LLC hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order of the United States District Court for the Central District of California entered on March 31, 2022 (Dkt. 45) and attached hereto as Exhibit 1 granting Defendant S.C. Cramele Recas, S.A.'s Motion to Dismiss Plaintiff's First Amended Complaint. (Dkt. No. 36).

Pursuant to Circuit Rule 3-2 and Federal Rule of Appellate Procedure 12(b) Plaintiff has concurrently filed a representation statement that identifies all parties to the action, along with the names, addresses and telephone numbers of their respective counsel.

Respectfully submitted,

Dated: April 29, 2022

By: *Michael Machat*

Michael Machat, Esq. (SBN 109475)
michael@machatlaw.com
**MACHAT & ASSOCIATES, P.C.**
8730 W. Sunset Blvd., Suite 250
West Hollywood, California 90069
Tel.: (310) 860-1833

David A. Randall (SBN 156722)
dave@hdmnlaw.com
Ehab Samuel (SBN 228296)
esamuel@hdmnlaw.com
**HACKLER DAGHIGHIAN MARTINO & NOVAK P.C.**
10900 Wilshire Blvd., Suite 300
Los Angeles, CA 90024
Tel.: (310) 887-1333
Fax: (310) 887-1334

Attorneys for Plaintiff
Vampire Family Brands, LLC

Plaintiff's Notice of Appeal
- 1 -

# EXHIBIT 25

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Vampire Family Brands, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>S.C. Cramele Recas, S.A., Tri-Vin Imports, Inc., Bracus Imports LLC and Does 1-20,<br><br>    Defendants. | Case No. 2:20-cv-8223-VBF-PVC<br><br>[~~Proposed~~] Order Granting Doc #36 Defendant S.C. Cramele Recas, S.A.'s Motion to Dismiss<br><br>Judge:  Hon. Valerie A. Fairbank |

~~Defendant S.C. Cramele Recas, S.A.'s ("Cramele Recas") Motion to Dismiss Plaintiff Vampire Family Brands, LLC's ("VFB") First Amended Complaint (Dkt 27) (the "Complaint") came on for hearing before this Court on xxxxxxxxxx, at xxxxxxxx.~~

The Court, having reviewed and considered all papers in support of and in opposition to Cramele Recas's Motion, ~~and having reviewed and considered the arguments of counsel~~ the Court finds, adjudges, and orders as follows:

1.  The Court GRANTS Cramele Recas's Motion to Dismiss Counts IV through VIII to the extent they rely on the trademark VAMPIRE and U.S. Reg. No. 2263907 in connection with wine, for VFB's failure to join a necessary and indispensable party: the mark's co-owner, Fior Di Sole, LLC ("FDS"). The

1 Complaint fails to state the name of FDS and the reasons it has not been joined as a
2 party to this action pursuant to Fed. R. Civ. P. 19(c); accordingly, the Court cannot
3 determine whether or not joinder of FDS is feasible, whether the Court must order
4 FDS be made a party as an involuntary plaintiff, or whether this action may proceed
5 among the existing parties pursuant to Fed. R. Civ. P. 19(a)(2), (b). Accordingly,
6 pursuant to Fed. R. Civ. P. 12(b)(7), Counts IV through VIII are dismissed to the
7 extent they rely on the trademark VAMPIRE and U.S. Reg. No. 2263907 in
8 connection with wine.

9     2.    The Court GRANTS Cramele Recas's Motion to Dismiss Counts V,
10 VII, and VIII to the extent they rely on common-law trademark rights in the
11 DRACULA'S BLOOD mark, the THE LEGEND LIVES mark, or VFB's alleged
12 trade dress. The Complaint fails to allege facts sufficient to show that VFB has
13 protectable common-law trademark rights in these designations.

14     3.    The Court GRANTS Cramele Recas's Motion to Dismiss Counts IV,
15 V, VII, and VIII in their entirety because VFB has failed to plausibly plead a
16 likelihood of confusion between any of its trademarks and the use by Cramele Recas
17 of BLOODY MERLOT, BLOOD SUCKERS, and LAND DER VAMPIRES.

18     4.    The Court GRANTS Cramele Recas's Motion to Dismiss Count VI for
19 trademark dilution because VFB has failed to plausibly plead the fame of its
20 trademark pursuant to 15 U.S.C. § 1125(c).

21     5.    The Court GRANTS Cramele Recas's Motion to Dismiss VFB's prayer
22 for punitive damages in Counts IV through VII because punitive damages are not
23 available for Lanham Act claims and because VFB has not otherwise sufficiently
24 pleaded justification for state-law punitive damages in the form of conduct
25 constituting oppression, fraud, or malice.

26     6.    The Court GRANTS Cramele Recas's Motion to Dismiss Count II
27 because VFB has not alleged a breach of the covenant of good faith and fair dealing
28 separate and apart from its claim for breach of contract, Count I.

7. Having dismissed VFB's federal Lanham Act claims, the Court GRANTS Cramele Recas's Motion to Dismiss VFB's remaining state-law claims for lack of subject-matter jurisdiction. The Court declines to exercise supplemental jurisdiction having dismissed all federal-law claims. 28 U.S.C. § 1367(c)(3). VFB has not alleged sufficient facts to support that this Court has diversity jurisdiction over its state-law claims because VFB fails to allege the citizenship of the owners of the limited liability company parties including itself and Defendant Bracus Imports, LLC ("Bracus"). 28 U.S.C. § 1332.

**IT IS SO ORDERED.**

Dated: March 31, 2022

/s/ Valerie Baker Fairbank
Hon. Valerie A. Fairbank
Judge, United States District Court